UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

2UCR93 ECT/DJF

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| v. | 18 U.S.C. § 2252(a)(2) |
| | 18 U.S.C. § 2252(b)(1) |
| CHRISTOPHER ALLAN AMELSBERG, | 18 U.S.C. § 2252A(a)(2) |
| | 18 U.S.C. § 2252A(b)(1) |
| | 18 U.S.C. § 2253 |
| | 21 U.S.C. § 853(p) |
| Defendant. | 18 U.S.C. § 2260A |

THE UNITED STATES GRAND JURY CHARGES THAT:

At times relevant to this indictment, CHRISTOPHER ALLAN AMELSBERG was required by the State of Minnesota to register as a sex offender, and during which committed the following offenses.

## COUNT 1
(Production and Attempted Production of Child Pornography)

On or about August 27, 2025, in the State and District of Minnesota, and elsewhere, the defendant,

**CHRISTOPHER ALLAN AMELSBERG,**

did knowingly employ, use, persuade, induce, entice, and coerce a known minor, that is Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: a video file "VID_20250827_105217.mp4," which is an approximately 63 second (1:03)


SCANNED LT
APR 2 1 2026
U.S. DISTRICT COURT MPLS

United States v. Christopher Allan Amelsberg

video of Minor Victim 1 engaged in sexually explicit conduct, and which Minor Victim 1 sent via email with AMELSBERG knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, transported in and affecting interstate and foreign commerce, namely the Internet, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 2
(Production and Attempted Production of Child Pornography)

On or about September 19, 2025, in the State and District of Minnesota, and elsewhere, the defendant,

**CHRISTOPHER ALLAN AMELSBERG,**

did knowingly employ, use, persuade, induce, entice, and coerce a known minor, that is Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: a video file https://1drv.ms/v/c/D91D955CD07DC9DF/Ebs88S4u2bJHqZdSVua2o0kBzXV DnOMnFQGhYN_1j9CugQ"      and      "Screen_Recording_20250919_2-1le2owlc8ln7m.mp4" which is an approximately 112 second (1:52) video of Minor Victim 2 engaged in sexually explicit conduct, and which Minor Victim

2

United States v. Christopher Allan Amelsberg

2 sent via a link to Microsoft OneDrive with AMELSBERG knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, transported in and affecting interstate and foreign commerce, namely the Internet, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 3
### (Receipt and Attempted Receipt of Child Pornography)

On or about September 16, 2025, in the State and District of Minnesota, the defendant,

**CHRISTOPHER ALLAN AMELSBERG,**

did knowingly receive, and attempt to receive, a visual depiction using any means and facility of interstate and foreign commerce or that had been mailed, shipped, and transported in or affecting interstate and foreign commerce, including the Internet, to wit, a digital photograph with a filename ending in "IMG_20250916_155713.jpg," where the production of such depictions involved the use of Minor Victim 1 engaging in sexually explicit conduct, and such visual depictions are of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

3

United States v. Christopher Allan Amelsberg

## COUNT 4
(Receipt and Attempted Receipt of Child Pornography)

On or about September 17, 2025, in the State and District of Minnesota, the defendant,

**CHRISTOPHER ALLAN AMELSBERG,**

did knowingly receive, and attempt to receive, a visual depiction using any means and facility of interstate and foreign commerce or that had been mailed, shipped, and transported in or affecting interstate and foreign commerce, including the Internet, to wit, a digital photograph with a filename ending in "image.png," where the production of such depictions involved the use of Minor Victim 2 engaging in sexually explicit conduct, and such visual depictions are of such conduct; all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT 5
(Distribution or Attempted Distribution of Child Pornography)

On or about December 10, 2025, in the State and District of Minnesota, the defendant,

**CHRISTOPHER ALLAN AMELSBERG,**

did knowingly distribute at least one digital image depicting a minor victim engaged in sexually explicit conduct, as described below:

4

United States v. Christopher Allan Amelsberg

- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10524.jpeg;
- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10527.jpeg;
- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10528.jpeg;
- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10693.jpeg;
- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10695.jpeg;
- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10698.jpeg;
- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10704.jpeg;
- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10783.jpeg;
- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10796.jpeg;
- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10797.jpeg; and
- File-76e12b0d-6adf-4d9b-a5eb-fbcd9c06c32b-1_all_10805.jpeg.

These images are visual depictions the production of which involved the use of a minor engaging in sexually explicit conduct and which depicts such conduct, and such visual depiction was shipped or transported in interstate or foreign commerce, by any means including computer or cellular phone, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT 6
(Offense by a Registered Sex Offender)

Between in or about August and in or about September 2025, in the State and District of Minnesota, the defendant,

**CHRISTOPHER ALLAN AMELSBERG,**

an individual who has a prior conviction for Production and Attempted Production of Child Pornography, and who is required by federal and other law to register as a sex offender, did commit a felony offense involving a minor under Title 18, United States Code, Section 2251, as charged in Counts One

United States v. Christopher Allan Amelsberg

and Two of this indictment, in violation of Title 18, United States Code, Section 2260A.

## FORFEITURE ALLEGATIONS

All Counts of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

Upon conviction of the foregoing offenses, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1)  any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, data disc, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses;

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute

6

United States v. Christopher Allan Amelsberg

property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____    _____

UNITED STATES ATTORNEY            FOREPERSON